IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA JEAN PERREIRA,

    Plaintiff,

v.

MICHAEL. J. ASTRUE,

    Defendant.

No. C 10-03482 SI

**ORDER SETTING BRIEFING SCHEDULE**

On May 25, 2011 plaintiff, proceeding *pro se* through her grandmother and guardian Maureen Dunne, filed a document titled "First Amended Complaint." Docket No. 20. In that document, Ms Dunne explains that she is asking this Court to review the 2007 determination of the Administrative Law Judge and decision of the Commissioner of Social Security, that she did not contribute over half of the support for her disabled granddaughter from April 2002 through March 2003. Ms. Dunne attached various documents to the Amended Complaint, that she claims were unavailable before 2008 and demonstrate that she provided over half of her granddaughter's support during the relevant time frame.

After reviewing the document and the exhibits attached, the Court finds it appropriate to treat the "Amended Complaint" as plaintiff's motion for summary judgment. Therefore, under the Social Security Procedural Order [Docket No. 3], defendant Commissioner of Social Security shall file an opposition or cross-motion for summary judgment within thirty (30) days of the date of this Order.

Plaintiff may serve a Reply, responding to the arguments made in the Commissioner's motion, within fourteen (14) days of service of the Commissioner's opposition or cross-motion for summary judgment.

**IT IS SO ORDERED.**

Dated: June 2, 2011

SUSAN ILLSTON
United States District Judge