United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA JEAN PERREIRA, | No. C 10-03482 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

This Court has denied plaintiff's motion for summary judgment and granted defendant's motion for summary judgment, thereby upholding the denial of Child's Insurance Benefit. Judgment is entered accordingly.

Dated: October 3, 2011

SUSAN ILLSTON
United States District Judge